No. 24-3894

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ALICIA NOLEN,

Plaintiff-Appellee,

v.

PEOPLECONNECT, INC.,

Defendant-Appellant.

On Appeal from December 14, 2023 Sealed Order
and May 20, 2024 Order Granting Class Certification
United States District Court,
Northern District of California
The Honorable Edward M. Chen
Case No. 3:20-cv-09203-EMC

### EXCERPTS OF RECORD – INDEX VOLUME

Clifford W. Berlow
Debbie L. Berman
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
cberlow@jenner.com
dberman@jenner.com

Ian Heath Gershengorn
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 639-6000
igershengorn@jenner.com

*Attorneys for Defendant-Appellant PeopleConnect, Inc.*

# INDEX TO EXCERPTS OF RECORD

## VOLUME 1 OF 5

Order regarding Status Report,
    ECF No. 278 (filed May 20, 2024).......................................................1-ER-2

Redacted Publicly Filed Version (ECF No. 256) Order
    Conditionally Granting Plaintiff's Motion for Class
    Certification,
    ECF No. 261 (filed Dec. 14, 2023).....................................................1-ER-11

## VOLUME 2 OF 5

Joint Status Report Regarding Class Definition and Class
    Notice,
    ECF No. 276 (filed May 8, 2024).......................................................2-ER-56

Answer to Second Amended Class Action Complaint,
    ECF No. 220 (filed July 14, 2023).....................................................2-ER-75

Order Denying Defendant's Motion to Compel Arbitration and
    Dismiss,
    ECF No. 204 (June 30, 2023)..........................................................2-ER-139

Plaintiff's Proposed Trial Plan,
    ECF No. 199 (June 8, 2023)...........................................................2-ER-156

Declaration of Benjamin T. Halbig,
    ECF No. 211 (filed on July 6, 2023)..................................................2-ER-162

Excerpted Deposition Transcript of Alicia R. Nolen taken on
    May 25, 2023,
    ECF No. 211 (filed on July 6, 2023)..................................................2-ER-165

Notice of Dismissal Without Prejudice of Plaintiff Alexandra
    Overton,
    ECF No. 183 (Apr. 27, 2023) .........................................................2-ER-260

## VOLUME 3 OF 5

Order Granting Defendant's Motion for Summary Judgment,
ECF No. 177 (filed Mar. 30, 2023) ..................................................3-ER-264

Second Amended Class Action Complaint,
ECF No. 172 (filed Mar. 23, 2023) ..................................................3-ER-279

Answer to First Amended Class Action Complaint,
ECF No. 154 (filed Jan. 30, 2023) ...................................................3-ER-313

Stipulation of Dismissal with Prejudice of Plaintiff Lawrence
Geoffrey Abraham,
ECF No. 153 (filed Jan. 10, 2023) ...................................................3-ER-369

Notice of Voluntary Dismissal Without Prejudice of Plaintiffs
Alice Zhang and Jamaal Carney,
ECF No. 151 (filed Dec. 30, 2022)...................................................3-ER-373

Stipulation of Dismissal with Prejudice of Plaintiff Meredith
Callahan,
ECF No. 128 (filed July 13, 2022) ...................................................3-ER-376

Order Denying Defendant's Motion to Stay Pending Appeal;
Granting in Part and Denying in Part Defendant's Motion to
Dismiss and Strike; and Denying Defendant's Motion to
Stay Discovery,
ECF No. 76 (filed Nov. 1, 2021) ......................................................3-ER-380

Class Action Complaint,
ECF No. 2 (filed Dec. 18, 2020).......................................................3-ER-414

## VOLUME 4 OF 5 FILED UNDER SEAL

Order Conditionally Granting Plaintiff's Motion for Class
Certification,
ECF No. 256 (filed Dec. 14, 2023) (Sealed) ....................................4-ER-447

Transcript of November 16, 2023 Oral Argument on Motion to
Certify Class with Proposed Redactions,
ECF No. 260-1 (filed Dec. 21, 2023) (Sealed) ................................4-ER-491

Defendant PeopleConnect, Inc.'s Sur-Reply in Further
    Opposition to Plaintiff's Amended Motion for Class
    Certification,
    ECF No. 232-2 (filed Aug. 10, 2023) (Sealed) ................................4-ER-549

Declaration of Joel Mathew in Support of Defendant
    PeopleConnect, Inc.'s Sur-Reply in Further Opposition to
    Plaintiff's Amended Motion for Class Certification,
    ECF No. 232-3 (filed Aug. 10, 2023) (Sealed) ................................4-ER-565

Declaration of Lindsey Toivola in Support of Defendant
    PeopleConnect, Inc.'s Sur-Reply in Further Opposition to
    Plaintiff's Amended Motion for Class Certification,
    ECF No. 232-4 (filed Aug. 10, 2023) (Sealed) ................................4-ER-575

Plaintiff's Reply in Support of Motion for Class Certification,
    ECF No. 227-3 (filed July 31, 2023) (Sealed) .................................4-ER-593

## VOLUME 5 OF 5 FILED UNDER SEAL

Declaration of Lindsey Toivola in Support of Defendant
    PeopleConnect, Inc.'s Opposition to Class Certification
    (exhibits omitted),
    ECF No. 216 (filed July 6, 2023) (Sealed).......................................5-ER-613

Defendant PeopleConnect, Inc.'s Opposition to Plaintiff's
    Amended Motion for Class Certification,
    ECF No. 214 (filed July 6, 2023) (Sealed).......................................5-ER-705

Declaration of Nathan Knutzen,
    ECF No. 206-3 (filed July 6, 2023) (Sealed) ...................................5-ER-742

Declaration of Michael Lambard (exhibits omitted),
    ECF No. 206-4 (filed July 6, 2023) (Sealed) ...................................5-ER-747

Plaintiff's Notice of Motion and Amended Motion for Class
    Certification; Memorandum of Points and Authorities in
    Support,
    ECF No. 189-3 (June 8, 2023) (Sealed) ..........................................5-ER-759