**No. 24-3894**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

ALICIA NOLEN,

*Plaintiff-Appellee*,

v.

PEOPLECONNECT, INC.,

*Defendant-Appellant*.

---

On Appeal from December 14, 2023 Sealed Order and
May 20, 2024 Order Granting Class Certification
United States District Court, Northern District of California
The Honorable Edward M. Chen
Case No. 3:20-cv-09203-EMC

---

# PLAINTIFF-APPELLEE'S UNOPPOSED MOTION TO FILE EXTENSION OF TIME TO RESPOND TO PETITION FOR REHEARING EN BANC

---

Raina C. Borrelli
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com

Michael F. Ram
Marie N. Appel
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293
mram@forthepeople.com
mappel@forthepeople.com

Benjamin R. Osborn
**LAW OFFICE OF BENJAMIN R. OSBORN**
63 Fiddlers Elbow Rd.
Margaretville, NY 12455
Telephone: (347) 645-0464
ben@benosbornlaw.com

*Attorneys for Plaintiff-Appellee Alicia Nolen*

Pursuant to Federal Rule of Appellate Procedure 26(b), and Circuit Rule 31-2.2(b), Plaintiff-Appellee Alicia Nolen respectfully seeks an extension of time within which to file her response to the Petition for Rehearing En Banc.

1. On November 18, 2026, the Court issued an order directing Plaintiff-Appellee to file a response to the Petition for Rehearing En Banc within 21-days, or by December 9, 2026.

2. Plaintiff-Appellee moves for a 45-day extension of time in which to file its reply brief in this matter, from December 9, 2026, to and including January 25, 2027. This is Plaintiff-Appellee's first request for an extension of time in which to file its response, and it is made out of necessity and not for reasons of delay.

3. Specifically, this request is necessitated by personal and professional obligations of counsel arising out of the intervening holidays and pre-planned family vacation as well as the following professional obligations:

   a. Opposition to a motion to dismiss in a data breach class action pending in the Eastern District of Michigan (*In re Optalis Healthcare Data Security Litig.*, 2:26-cv-12344 (E.D. Mich.), due on December 10, 2027);

   b. Opposition to a motion to dismiss in a data privacy class action under the California Invasion of Privacy Act in the Southern District of New

York (*Nakumara et al. v. Pfizer, Inc.*, 1:26-cv-03914 (S.D.N.Y.), due on January 4, 2027;

c. Final approval hearing on a data privacy class action settlement in the District of Arizona (*Hulewat et al. v. Medical Management Resource Group et al.*, 2:24-cv-00377 (D. Arizona), in-person hearing on December 14, 2026).

4. Defendant-Appellant PeopleConnect does not oppose this requested extension.

WHEREFORE, Plaintiff-Appellee respectfully requests that the Court grant an extension of 45-days, up to and including January 25, 2027, within which to file her response to the Petition for Rehearing En Banc.

Dated: November 20, 2026

Respectfully submitted,

By: /s/ *Raina C. Borrelli*

Raina C. Borrelli
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com

Michael F. Ram
Marie N. Appel

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293
mram@forthepeople.com
mappel@forthepeople.com

Benjamin R. Osborn
**LAW OFFICE OF BENJAMIN R. OSBORN**
63 Fiddlers Elbow Rd.
Margaretville, NY 12455
Telephone: (347) 645-0464
ben@benosbornlaw.com

*Attorneys for Plaintiff-Appellee Alicia Nolen*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on November 20, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the Appellate Case Management System (ACMS), which will send notification of such filing to counsel of record, via the ACMS system.

DATED this 20th day of November, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*

Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com